# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL PRODUCE TRADING COMPANY, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>HENDERSON FOODS, INC. T/A TIERRA PRODUCE, ALKO GREEN FRESH LLC D/B/A TIERRA PRODUCE DEPOT A/T/A TIERRA PRODUCE, LAS VEGAS FOOD DISTRIBUTOR LLC T/A TIERRA PRODUCE, GILBERTO BLANCO, SALVADOR CASTRO, MARIA CASTRO, JESUS MENDEZ, JORGE ALEJANDRO ORTEGA MEDINA and ALICIA ORTEGA MEDINA,<br><br>        Defendants. | Case No.: 2:21-cv-02035-APG-BNW<br><br>**ORDER** |

    I scheduled a status conference via Zoom today at 11:30 a.m. PDT. Unfortunately, the court had technical problems setting up that Zoom conference and it could not be connected. I therefore am rescheduling today's status conference to **Thursday, July 14, 2022 at 11:30 a.m. PDT**. If Mr. Ortega or National Produce's counsel are unavailable at that time, they are to confer about alternative dates and times and contact my Courtroom Administrator Melissa Johansen with at least three alternatives.

    DATED this 7th day of July, 2022.

                                                       Andrew P. Gordon<br>                                                   UNITED STATES DISTRICT JUDGE